# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

RICKY BAZILE

VERSUS

NURSE PAULA STRINGER AND
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, RAYBURN
CORRECTIONAL CENTER

NO. 2021 CW 0141

**APRIL 22, 2021**

---

In Re:    Ricky Bazile, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 113018.

---

**BEFORE:  WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(8), (10), and (11). Relator, Ricky Bazile, failed to include a copy of the pertinent court minutes, a copy of all pleadings on which the ruling was founded, including the first motion and order to proceed *in forma pauperis*, and a file stamped copy of the notice of intent to seek supervisory writs.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before May 6, 2021 and must contain a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
               FOR THE COURT